# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JAMES C. GARDNER, JR., | : | NO. CR203-025 |

### O R D E R

Upon consideration of Defendant's Motion for Credit for Prior Custody, and the Government's response thereto, the same is hereby **DENIED** for reasons stated in the Government's response.

**SO ORDERED**, this 8th day of July, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA  \*

       vs.  \*  CASE NO. CR203-25

GARDNER  \*

    \*

    \*

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as order dated 7/8/05, which is part of the official records of this case.

Date of Mailing: 7/11/05
Date of Certificate: 7/11/05

SCOTT L. POFF, CLERK

By _____
Sherry Taylor, Deputy Clerk

NAME:
1. A. Copeland
2. James C. Gardner Jr., 11573-021, FMC Devens, P.O. Box 879, Ayer, MA 01432
3. 
4. 
5. 
6. 
7. 

Cert/Copy
- ☐ ☒ District Judge
- ☐ ☐ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☐ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☐ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds