# In the United States District Court for the Southern District of Georgia
## Brunswick Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 21 P 3: 27

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JAMES C. GARDNER | : | NO. CR203-025-01 |

### O R D E R

Upon consideration of Defendant's request to be given credit for time served, pursuant to a state sentence, the record discloses that he is not entitled to any credit and his motion is hereby **DENIED**.

SO ORDERED, this 21st day of October, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)