# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| v. | : | |
| JAMES CHARLES GARDNER, JR., a.k.a. Chuck Gardner, | : | |
| Defendant. | : | NO. CV203-025 |

### O R D E R

Defendant, James Charles Gardner, Jr., also known as Chuck Gardner, moved for credit for time served for prior custody. In an order dated October 21, 2005, the Court denied Gardner's motion. See Dkt. No. 62.

The case is presently before the Court on Gardner's motion for the presentation of documents by the probation officer to Gardner. See Dkt. No. 52. In light of the previous rulings by this Court and the Court of Appeals, Gardner's motion is **DENIED**. See Dkt. No. 63.

**SO ORDERED**, this 15th day of November, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)