# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JAMES C. GARDNER | : | NO. CR203-015-01 |

### ORDER

Responding to Defendant's motion of January 10, 2006, requesting clarification as to why his federal sentence did not start on the date he was sentenced, Gardner has previously filed several motions with the Court requesting that the federal sentence be credited for the days he spent in the Columbia Care Center, November 12, 2003, through March 23, 2004. Each of his requests was denied because he had received credit for the aforementioned period of time by the Georgia Department of Corrections on the state sentence he was serving at the time he was pending sentencing in this Court.

There is no order by this Court that the federal sentence would be concurrent with the state sentence he was then serving. Accordingly, Gardner was not entitled to any credit

AO 72A
(Rev. 8/82)

toward his federal sentence until he had completed his state sentence.

As a result, Defendant's motion is hereby **DENIED**.

**SO ORDERED**, this 27TH day of January, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA